UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re JAMES OGBURN, | Case No. 22-cv-02941-YGR (PR) <br><br> **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

This case was opened as a civil rights action pursuant to 42 U.S.C. § 1983 on May 18, 2022, when plaintiff, a state prisoner, filed a copy of his unanswered 602 inmate appeal, in which he complained that he was "assaulted by a dentist" on May 5, 2022 at Salinas Valley State Prison.

Also on May 18, 2022, the Clerk of the Court notified plaintiff that he had not filed a complaint or an application to proceed *in forma pauperis* ("IFP").  The Clerk mailed to plaintiff a blank civil rights complaint form as well as a blank prisoner's IFP application, and told him that he must complete these documents within twenty-eight days, or his action would be dismissed.

On July 8, 2022, the Court granted plaintiff's request for an extension of time to file his complaint and IFP application. Dkt. 8.  The Court again told plaintiff that he must complete these documents within twenty-eight days, or his action would be dismissed.

More than twenty-eight days have passed, and plaintiff has not completed the necessary documents.  Accordingly, this action is DISMISSED WITHOUT PREJUDICE.  Any motion to reopen must contain a completed civil rights complaint form as well as a completed prisoner's IFP application.

The Clerk shall close the file.

IT IS SO ORDERED.

Dated: August 29, 2022

_____
JUDGE YVONNE GONZALEZ ROGERS
United States District Judge